68-49 WOODHAVEN BOULEVARD HOLDING CORP., Appellant, v EXXON MOBIL CORPORATION, Formerly Known as MOBIL OIL CORPORATION, Defendant and Third-Party Plaintiff-Respondent. AC WOODHAVEN INC. et al., Third-Party Defendants-Appellants.

Submitted February 1, 2010; decided April 29, 2010

Motion for leave to appeal, insofar as made by third-party appellants, dismissed upon the ground that they are not parties aggrieved (*see* CPLR 5511); motion for leave to appeal otherwise denied.